IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JASMINE BARCLAY                                                                    PLAINTIFF

v.                                              No. 3:15-cv-33-DPM

FREDRICK HORN;
SSS TRUCKING, INC.;
and JOHN DOES 1-10                                                               DEFENDANTS

## ORDER

Motion to stay, № 6, granted. The parties have informed the Court that they agree the defendants are not obligated to respond to the plaintiff's state court discovery requests. All future discovery in this case will proceed in accordance with the Federal Rules of Civil Procedure and as ordered by this Court.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 February 2015