IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JASMINE BARCLAY                                               PLAINTIFF

v.                              No. 3:15-cv-33-DPM

FREDRICK HORN; SSS TRUCKING, INC.;
and JOHN DOES, 1–10                                          DEFENDANTS

## JUDGMENT

This case is dismissed without prejudice pursuant to the parties' stipulation.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 August 2015